# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

WISCONSIN GLAZIERS & GLASS
WORKERS MONEY PURCHASE
PLAN, PAINTERS LOCAL 781
HEALTH FUND, WISCONSIN
GLAZIERS & GLASS WORKERS
APPRENTICESHIP FUND, JEFF
MEHRHOFF, and WISCONSIN
GLAZIERS & GLASS WORKERS
LOCAL UNION 1204,

                  Plaintiffs,

v.

THE LURIE COMPANIES INC. and
MARK S. LURIE,

                  Defendants.

Case No. 19-CV-1605-JPS

**DEFAULT
JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiffs' motions for default judgment (Docket #6 and #14) be and the same are hereby **GRANTED**;

      **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant The Lurie Companies, Inc. shall pay to Plaintiffs the total sum of $106,060.41, together with post-judgment interest as provided by law;

      **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Mark S. Lurie shall pay to Plaintiffs the total sum of $43,893.84, together with post-judgment interest as provided by law; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

January 28, 2020
Date

*s/ Jodi L. Malek*
By: Deputy Clerk